

P22973/E.Rivera

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE
MEMORANDUM

08CRIM 276

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Elisha Rivera, Senior United States Probation Officer |
| **RE:** | Dexter Erby |
| **DATE:** | March 25, 2008 |

## ASSIGNMENT OF TRANSFER OF JURISDICTION

On December 18, 1988, the above-named individual was sentenced in the Southern District of Indiana outlined in the attached J & C.

In March 12, 2008, we received the Prob. 22's endorsed by the Barbara J. Roembke, Chief U.S. District Court Judge, ordering Mr. Erby's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer